TUCKER v. RAND

No. 403P97

Case below: 126 N.C.App. 833

Motion by plaintiff for court to sanction defendant denied 2 October 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

WARD v. JORGENSON

No. 292P97

Case below: 126 N.C.App. 436

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

W. E. GARRISON CO. v. LEE PAVING CO.

No. 404P97

Case below: 126 N.C.App. 833

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

WOODFIELD ASSN., INC. v. ACKERMAN

No. 395P97

Case below: 833

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.